# Waiver of the Service of Summons.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

MIKE CAMPBELL,                      )

                         )

          Plaintiff,       )

                         )

      v.                 )        Case No. 2:18-cv-04129-WJE

                         )

CHERI TOALSON REISCH, in her   )

individual and official capacities as   )

Representative of the 44th District of   )

the Missouri House of Representatives,   )

                         )

         Defendant.      )

To J. Andrew Hirth:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I must file and serve an answer or a motion under Rule 12 within 60 days from July 2, 2018 , the date when this request was sent. If I fail to do so, a default judgment will be entered against me.

Date: 7-13-2018          *Cheri Toalson Reisch*

                                 Cheri Toalson Reisch
                                 201 W. Capitol Ave., Rm 110-A
                                 Jefferson City MO 65101
                                 cheri.toalson-reisch@house.mo.gov
                                 (573) 751 – 1169