# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MIKE CAMPBELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHERI TOALSON REISCH, individually and in ) <br> her official capacity as Representative of ) <br> the 44th District of the Missouri House of ) <br> Representatives, ) <br> ) <br> Defendant. ) | Case No. 2:18-cv-4129-BCW |

## MOTION TO DISMISS BY
## DEFENDANT CHERI TOALSON REISCH

Defendant Cheri Toalson Reisch moves the Court under Rule 12(b)(6) to dismiss Plaintiff Mike Campbell's Complaint with prejudice. As set forth more fully in the Suggestions in Support filed with this motion, Plaintiff fails to state a claim under 42 U.S.C. § 1983 because (1) Plaintiff has not been excluded from the interactive space associated with Ms. Reisch's tweets (the only plausible public forum alleged); (2) Plaintiff fails to allege facts showing that Ms. Reisch acted under color of state law when she blocked him on Twitter; (3) Ms. Reisch's Twitter account is not a public forum; and (4) creating a First Amendment right to access Ms. Reisch's Twitter account would undermine, not promote, speech interests by risking closure of her account.

Accordingly, Defendant Cheri Toalson Reisch respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice, award her costs incurred in defending this lawsuit, and grant all other relief deemed just an appropriate.

**ORAL ARGUMENT REQUESTED.**

Dated: August 31, 2018.                          Respectfully submitted,

                                                 /s/ Lowell D. Pearson
                                                 Lowell D. Pearson          MO# 46217
                                                 Michael R. Owens           MO# 67002
                                                 HUSCH BLACKWELL LLP
                                                 235 East High Street, Suite 200
                                                 P. O. Box 1251
                                                 Jefferson City, MO 65102
                                                 Telephone: (573) 761-1115
                                                 Facsimile: (573) 634-7854
                                                 lowell.pearson@huschblackwell.com
                                                 michael.owens@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                 /s/ Lowell D. Pearson