

**Cheri Toalson Reisch** @CheriMO44 · May 18

Thank you Mr Speaker, you are a true gentleman. We worked hard and got the job done.

> 
>
> **Todd Richardson** @Rep_TRichardson
> We promised conservative reforms and real results. This session, we delivered 21st century labor and regulatory reforms, individual and business tax relief, fully funded our schools, capped college tuition and balanced our state...

💬  ↻ 2  ♡ 12  ✉