**Cheri Toalson Reisch** @CheriMO44 · May 23
Great to have Governor @EricGreitens & Hallsville Mayor at the NRA Bianchi Cup today.



💬 2  🔁 2  ♡ 14  ✉