

**Cheri Toalson Reisch** @CheriMO44 · Jun 13 
Accomplished much in my 1st 2 years, ready for the next 2. #LeadRight #WomenInTheHouse

> 
> **Spencer Bone** @spencercbone
> HOW BOUT THIS GROUP! Pumped that these guys are ready to #DefendTheMOJority

♻ 1    ♡ 3