

**Cheri Toalson Reisch**
@CheriMO44

An honor to speak at the Bo Co Farm Bureau Strawberry Festival. Sad my opponent put her hands behind her back during the Pledge.



6:30 PM - 22 Jun 2018