↻ Michael Campbell Retweeted



**Kip Kendrick** @Kip_Kendrick · Jun 23

Maren's father was a Lieutenant Colonel in the Army.

Two of her brothers served in the military.

I don't question @docjones44 patriotism. That's a low blow and unacceptable from a member of the Boone County delegation.

---



**Cheri Toalson Reisch** @CheriMO44

An honor to speak at the Bo Co Farm Bureau Strawberry Festival. Sad my opponent put her hands behind her back during the Pledge.

---

💬 4  ↻ 10  ♡ 33  ✉

Case 2:18-cv-04129-BCW   Document 22-7   Filed 11/07/18   Page 1 of 1
Campbell v. Reisch Exhibit G