

# Cheri Toalson Reisch
@CheriMO44

## @CheriMO44 blocked you

You are blocked from following @CheriMO44 and viewing @CheriMO44's Tweets.

   

Campbell v. Reisch Exhibit H