IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MIKE CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-4129-BCW |
| | ) | |
| CHERI TOALSON REISCH, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION**

To:  Lowell D. Pearson
     Michael R. Owens
     HUSCH BLACKWELL LLP
     235 East High Street, Suite 200
     Jefferson City, MO 65102

YOU ARE HEREBY NOTIFIED that an videotaped deposition of Defendant Cheri

Toalson Reisch will be taken at the offices of TGH Litigation, 28 N. Eighth St., Suite 500,

Columbia, Missouri 65201, commencing at 9:00 a.m. on February 15, 2019, and continuing until

completion. The deposition will be conducted before a certified court reporter from Alaris Litigation

and videotaped by TGH Litigation.

Respectfully submitted,

TGH LITIGATION LLC

 /s/ J. Andrew Hirth
J. Andrew Hirth, MO #57807
28 N. Eighth St., Suite 500
Columbia, MO  65201
(573) 256-2850 (phone)
(573) 213-2201 (fax)
andy@tghlitigation.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ J. Andrew Hirth
Attorney