# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CENTRAL DIVISION

**MIKE CAMPBELL**

vs.

**CHERI TOALSON RESICH**

Action Number

2:18-cv-4129-BCW

## EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes | |
| Ex = offered, but objected to and excluded | X = offered & admitted over objection | |
| DB = admitted, de bene | NO = marked, but not offered | |
| | WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| Pl. 1 | ✓ | 4.19.19 | 9:16 A | Reisch Twitter feed (105 pages) |
| Pl. 2 | ✓ | " | " | June 22, 2018 Tweet with comments (8 pages) |
| ~~Pl. 3~~ | | | | ~~Reisch Official Facebook page (7 pages)~~ |
| ~~Pl. 4~~ | | | | ~~Reisch Personal Facebook page (4 pages)~~ |
| Pl. 5 | ✓ | 4.19.19 | 9:16 | List of Twitter Users blocked by Reisch (23 pages) |
| Pl. 6 | ✓ | | | Reisch May 8, 2018 Tweet to Todd Richardson (1 page) |
| Pl. 7 | ✓ | | | Reisch May 23, 2018 Tweet re Eric Greitens (1 page) |
| Pl. 8 | ✓ | | | Reisch June 13, 2018 Tweet re 1st 2 years in office (1 page) |
| Pl. 9 | ✓ | | | Kip Kendrick's June 23, 2018 Tweet to Reisch with comments (4 pages) |
| Pl. 10 | ✓ | | | Campbell's retweet of Kendrick's June 23 tweet (1 page) |
| Pl. 11 | ✓ | | | Notification that Campbell was blocked by Reisch (1 page) |
| Pl. 12 | ✓ | | | Reisch July 16, 2018 Press Release re lawsuit (1 page) |
| Pl. 13 | ✓ | | | Campbell Twitter Feed (90 pages) |
| Pl. 14 | ✓ | ✓ | ✓ | Reisch March 15, 2019 Tweet (1 page) |

Page # __1__ I CERTIFY that I have this date __4.19.19__ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

X _____ Signature    J. Andrew Hirth _____ Name

:exhibin.int

Case 2:18-cv-04129-BCW   Document 42   Filed 03/19/19   Page 1 of 2
Case 2:18-cv-04129-BCW   Document 50   Filed 04/19/19   Page 1 of 2

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 15 | ✓ | 4.19.19 | 9:16 | Series of tweets from 3/28-29 |
| 16 | ✓ | 4.19.19 | 9:20 | Letter to Editor from D |

:exhibin.int