## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

MIKE CAMPBELL,                          )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        Case No. 2:18-cv-4129-BCW
                                        )
CHERI TOALSON REISCH,                   )
                                        )
                    Defendant.          )

### Joint Motion for Entry of Judgment Under Rule 58(d)

The parties respectfully move under Rule 58(d) for entry of judgment in a separate

document as required by Rule 58(a). In support of which, the parties state as follows:

1.      This action was tried on April 19, 2019.

2.      On August 16, 2019, the Court entered its Findings of Fact and Conclusions of

Law, granting declaratory and injunctive relief to Plaintiff.

3.      The Court's Findings of Fact and Conclusions of Law were not denominated as a

"Judgment," and the Clerk of Court has not entered a Clerk's Judgment.

4.      Defendant filed her notice of appeal on September 13, 2019 out of an abundance

of caution.

5.      To ensure Defendant's appeal is not dismissed by the Eighth Circuit for lack of a

final judgment, the parties jointly request under Fed. R. Civ. P 58(d) that final judgment be set

out in a separate document as required by Rule 58(a).

WHEREFORE, the parties respectfully request that the Court enter an appealable final

judgment.

Dated: December 17, 2019                    Respectfully Submitted,

/s/ J. Andrew Hirth                         /s/ Lowell D. Pearson
J. Andrew Hirth, MO# 57807                  Lowell D. Pearson, MO #46217
TGH Litigation LLC                          Husch Blackwell LLP
28 N Eighth St, Suite 500                   235 East High Street, Suite 200
Columbia, MO 65201                          Jefferson City, Missouri 65102
573-256-2850                                (573) 761-1115
573-213-2201                                (573) 634-7854 (FAX)
andy@tghlitigation.com                      lowell.pearson@huschblackwell.com

***Attorney for Plaintiff***                ***Attorneys for Defendant Cheri***
                                            ***Toalson Reisch***

2