IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MIKE CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-4129-BCW |
| | ) |
| CHERI TOALSON REISCH, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Plaintiff Mike Campbell, as the prevailing party in this civil rights action, respectfully moves this Court under 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 54 for an award of attorneys' fees. For the reasons explained in his Suggestions in Support, Plaintiff should be awarded attorneys' fees of $51,680.00.

WHEREFORE Plaintiff respectfully requests that this Court enter a judgment for attorneys' fees of $51,680.00 and such further relief as is just under the circumstances.

Respectfully submitted,

TGH LITIGATION LLC

/s/ J. Andrew Hirth

J. Andrew Hirth, MO #57807
28 N. Eighth St., Suite 500
Columbia, MO 65201
(573) 256-2850 (phone)
(573) 213-2201 (fax)
andy@tghlitigation.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *J. Andrew Hirth*
Attorney