# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| MIKE CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-CV-04129-BCW |
| ) | |
| REPRESENTATIVE CHERI ) | |
| TOALSON REISCH, ) | |
| ) | |
| Defendant. ) | |

## ORDER VACATING FEE AWARD

Before the Court is Defendant Representative Cheri Toalson Reisch's Unopposed Motion to Vacate Award of Attorneys' Fees. (Doc. #73). The Court, being duly advised of the premises, grants said motion, and vacates the Order awarding attorneys' fees. (Doc. #68).

On August 16, 2019, the Court entered Findings of Fact and Conclusions of Law in Plaintiff's favor (Doc. #55) and also granted Plaintiff's motion for an award of attorneys' fees (Doc. #68). Defendant appealed this Court's judgment, and the Court of Appeals for the Eighth Circuit reversed this Court's ruling and found in Defendant's favor (Doc. #71).

Consistent with the Eighth Circuit's Opinion (Doc. #70), Plaintiff is not the prevailing party and the Court's Order granting Plaintiff's motion for attorneys' fees is properly vacated. Accordingly, it is hereby

ORDERED Defendant's Unopposed Motion to Vacate Award of Attorneys' Fees (Doc. #73) is GRANTED. The Order granting Plaintiff's motion for attorneys' fees (Doc. #68) is thus VACATED.

IT IS SO ORDERED.

DATED: April 19, 2021

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT